CAROLYN EDWARDS MAUER, Appellant, v. IRVING TRUST COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Arbitration Proceeding of SAMUEL HOUGHTON COX, Respondent, and DAVID B. CROCKETT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LOUISE HENRY, Respondent, v. NEW YORK POST, INC., Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Cohn, J., dissents and votes to reverse judgment and dismiss the complaint on the ground that the article complained of was not libelous *per se* and also to reverse the orders and grant the motion to dismiss the complaint for insufficiency. [168 Misc. 247.]

ALBERT I. WEINGART, Appellant, v. GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE BARBATO and SAMUEL IADICICCIO, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ALBERT HUTH and EDWARD D. BRYDE, as Executors, etc., of MARTHA DORN HUTH, Deceased Executor and Trustee, and FREDERICK W. R. DORN and GEORGE W. DORN, as Executors and Trustees, etc., of AUGUSTA DORN, Deceased, and the Construction of Paragraph "Fifth" of Said Will. ALBERT HUTH, Appellant, Respondent; FREDERICK W. R. DORN and Others, Respondents, Appellants.— Decree, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Arbitration between HESSLEIN & Co., INC., Appellant, and MAURICE E. GREENFIELD and Others, Respondents.— Orders reversed, with twenty dollars costs and disbursements, and the motion to confirm the award of arbitrators granted. (See *Schafran & Finkel, Inc., v. Lowenstein & Sons, Inc.*, 254 App. Div. 218.) Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Cohn, J., dissents and votes for affirmance on the dissenting opinion in *Schafran & Finkel, Inc., v. Lowenstein & Sons, Inc.* (254 App. Div. 218, at p. 222).